IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
MISSOULA DIVISION



FILED
MAR 12 2019
Clerk, U.S. District Court
District Of Montana
Missoula

| | |
|---|---|
| BARBARA F. SANGRET,<br><br>          Plaintiff,<br><br>vs.<br><br>GREYHOUND LINES, INC.,<br>JEFFERSON PARTNERS LIMITED<br>PARTNERSHIP & DOES 1–10,<br><br>          Defendants. | CV 18–157–M–DLC<br><br>ORDER |
| GREYHOUND LINES, INC.,<br><br>          Cross-Claimant,<br><br>vs.<br><br>JEFFERSON PARTNERS LIMITED<br>PARTNERSHIP,<br><br>          Cross-Defendants. | |
| GREYHOUND LINES, INC.,<br><br>          Third-Party Plaintiff,<br><br>vs.<br><br>WESTERN TRAILS CHARTERS &<br>TOURS, LLC dba SALT LAKE<br>EXPRESS, CITY AND COUNTY OF<br>BUTTE-SILVER BOW,<br><br>          Third-Party Defendants. | |

-1-

Before the Court is the Unopposed Motion to Allow Telephonic Appearance (Doc. 17) filed by Defendant/Cross-Plaintiff/Third-Party Plaintiff Greyhound Lines, Inc. ("Greyhound"). Greyhound seeks leave for lead counsel for the Parties to appear alone at the Preliminary Pretrial Conference, with authority to enter stipulations, in lieu of requiring each party be represented by an additional representative. Alternatively, Greyhound requests that party representatives be allowed to appear telephonically. However, pursuant to this Court's Preliminary Pretrial Conference Order (Doc. 15), the Court only requires lead counsel for the Parties to be present at the Pretrial Conference and does not require any additional representatives. Greyhound's request is unnecessary. Further, it is the Court's practice to require the physical presence of lead counsel at the Preliminary Pretrial Conference and the Court will not deviate from this requirement absent a showing of good cause. Accordingly,

IT IS ORDERED that the Motion (Doc. 17) is DENIED.

DATED this 12th day of March, 2019.

Dana L. Christensen, Chief Judge
United States District Court